# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Kelly Smith,
Plaintiff(s),

V.

The Walking Company,

Defendant(s).

Case No.  1:25-cv-7413
Judge John J. Tharp, Jr.

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐   in favor of defendant
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s)

---

☒   other: This case is dismissed with prejudice for lack of prosecution.

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp, Jr.

 Date:   1/28/2026

Thomas G. Bruton, Clerk of Court
Brenda Rinozzi, Deputy Clerk